### MULINOS v. WALKOF et al.

(Supreme Court, Appellate Term, First Department. May 17, 1916.)

Action by Constantine Mulinos against Harry Walkof, impleaded with others. From an order overruling a demurrer to the defense, plaintiff appeals. Order reversed, and motion denied.

See, also, 156 N. Y. Supp. 1033.

Argued May term, 1916, before GUY, BIJUR, and COHALAN, JJ.

Herman Kahn, of New York City, for appellant.
Harry M. Peyser, of New York City, for respondent Walkof.

GUY, J. The same questions are involved here as in Gerald Mulinos v. Walkof, 159 N. Y. Supp. 16; and for the reasons stated in the opinion in that case, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. All concur.

---

[1] Reported in full in the New York Supplement; reported as a memorandum decision without opinion in 59 Hun, 617.